GEKP

United States Federal Eastern District Court
Of Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790          20          956

Present by: Awoota Jurist Consul & Associates, (A Tribal Organization)
Lord reginald Yahweh, Private Banker                    En Equity Proceeding
In Propria Persona, Judicature/Adjudicator
On behalf of Estate Pa. Registrar 162889-1950
Judicature/Adjudicator
            -v-                          18 U.S.C. 2381-2382 Treason
MICHAEL D. BERMAN d/b/a                   18 U.S.C. 1091 Human Trafficking
M & T BANK                               18 U.S.C. Chapter 41 Extortion
 475 Crosspoint Parkway                  18 U.S.C. Criminal Conspiracy
Getzville, New York 14068                26 U.S.C. Tax Evasion
                                         18 U.S.C. 1956
DANIELLE JOHNSON                         28 U.S.C. Defamation of Character
EXPRESS REALTY LLC.                       Violation Rights
801 KEY HWY UNIT 831                     11 U.S.C. 548 Fraudulent Transfer/Conveyance
BALTIMORE MARYLAND 21230

DELLA THOMPSON REALTOR d/b/a
DIVERSIFIED REALTY SOLUTIONS
3224 WEST CHELTENHAM AVENUE
PHILADELPHIA, PA. 19150                   Jury Trial Demanded
                                         Article III Court Proper Jurisdiction
MICHAEL T. MC. KEEVER C.E.O.
KML LAW GROUP, P.C.
Suite 5000 Independence Center
701 Market Street
Philadelphia Pa. 19106-1532

OFFICE OF THE SHERIFF
SEAN P. KILKENNY
Court House First Floor
P.O. Box 311
Norristown Pa. 19404
Defendant(s)/jurcidic inferior persons/(s) Debtor(s)

---

**Complaint**

1

42 Pursuant to: Article IV Section 1
43 Comes now the Plaintiff/Affiant, Lord reginald, for his verified Complaint for rights

44 violations against the Defendant(s), and states the following;

45                                        Jurisdiction and Venue

46 The Plaintiff/Affiant claims federal jurisdiction pursuant to Article III, § 2, of the United
47
48 States Constitution, which extends federal jurisdiction to cases arising under the United States
49
50 Constitution/United states Congress, the Plaintiff/Affiant brings this suit pursuant to Title 42
51
52 U.S.C.§ 1983, for violations of certain protections guaranteed to him by the Fourteenth
53
54 Amendment to the United States Constitution and Article VI of said Constitution treaty being
55
56 supreme law of the land, these violations were committed by the Defendant(s) in a
57
58 conspiratory practice under color of law in their capacity as agents of said Franchises, type of
59
60 action via 28 U.S.C.§§ 1331 and 1343.  Venue is appropriate in this judicial district under 28
61
62 U.S.C.§ 1391 (b), because Defendant(s) resides here, within a 100-mile radius and the events
63
64 giving rise to this Complaint occurred here Full Faith and Credit OUGHT to be given and
65
66 Article 1 Section 10 Clause 1 Obligation to Contract and;
67
68 Introduction:
69
70 These DEFENDANT(S) have failed to perform their sworn duties, and responsibilities and
71
72 their responsibility to uphold the constitution (WE THE PEOPLE), as a tribal leader who
73
74 has been in, and lived through four wars, and reach I have reached this Plateau of life to
75
76 experience RED LINING at its highest point, and incompetence in the real state industry,
77
78 and yes racism.
79

Brief Explanation
Human Trafficking

The continued-on slot of displacement, disrespect, and the degradation of some realtor's that

thing they are GOD'S over that (LANDS PROPERTY) which belong to the Aborigine people

of this land, (American Indian-Egyptians-Heritage) descendants of the ancient one's that have

lived, and still do on this land and, as we invoke the 42 Laws of Ma'at and;

Restraint of Trade

Whereas, the Realtor fail to prepare an addendum referencing the expenditures of the

additional $500,000.00 which was for a large heater and water treatment system, painting

windows floors, repaired, landscaping and closing cost, and other minor cost, this in the manor

of creating jobs and awarding contracts, being that we stay in honor and in being transparent

hereby have inform the IRS and treasury of this transaction and the future intentions of the

property and the possible tax issues and; see exhibit **E**

Criminal Conspiracy & Fraud

The Criminal Conspiracy beings with the Realtor and then the Bank (which can not own real

property (Statute at Large) in the current record at Montgomery County Pa. recorders office

shows the Sale Price of $2, 517.00 dollars for the property Tax 0 or any tax 0, Grantor Didio

James & Green Maria, Grantee M & T Bank, the assessed Value of $2,434,500.00, the

computed Value 4,942.035.00 but put a price on the property of $2,500,000.00 with repairs

needed and;
as of February 13th, 2020, after the alleged seller has put the property back on the market,

present I with a new Contract by now Realtor Della Thompson, and the seller want I to

autograph a new contract with a new address, addressing the same issues in which I, have said

is unexpectable, therefore at this I, refuse to sign at this time, being that the fraud which is

being presented to the Court now withstanding and; evidence is in my email.

<div align="center">Federal Case Law on Fraudulent Deeds/Mortgages</div>

Plaintiff filed a complaint against Bank of America and related entities seeking to set aside and

cancel, as null and void, the Bank's mortgage interest in real property conveyed on the

authority of an allegedly forged deed. The Bank moved to dismiss the complaint under N.Y.

C.P.L.R. 3211(a)(5) as untimely under N.Y. C.P.L.R. 213(8). Supreme Court dismissed the

complaint in its entirety as time-barred. The Appellate Division affirmed as to the Bank,

concluding that Plaintiff's forgery-based claim against the Bank was subject to the six-year

statute of limitations for fraud claims set forth in N.Y. C.P.L.R. 213(8). The Court of Appeals

reversed, holding that the statute of limitations in section 213(8) did not foreclose Plaintiff's

claim against Defendant because, under prior case law, a forged deed is void ab initio, and as

such, any encumbrance upon real property based on a forged deed is null and void.

<div align="center">Other Federal Cases on Forged Unlawful Deeds</div>

Forged Deed, not my signature, there is no notary stamp, or seal, on the DEED making the

DEED on its face unlawful, citing: Reference Case No. 14-4148, Kathrine Crawford et al. v.

Khalilah Robinson et. al. Case no. 14-4148 in the Eastern District Court of Pennsylvania By

Honorable Gerald J. Pappert J. Memorandum of Law on Quiet Title and Fraudulent Transfers,

fraudulent business practice, a fraudulent deed is a void deed and;

**Comment:** On the face of this Matter, the defendant(s) knowingly and willingly developed a fraudulent contract according to Montgomery County Recorder of Deeds Records and Tax records, making the provisions of the in its entirety Void and all proceeds, Notes, Check or likewise return including the Title for 40-00-37842-30-5 the proper Parcel # Instrument no. 2019079374 and the Instrument United States Note of $3,000,000.00 for the above mentioned title plus interest for the fraudulent holding, under false pretense.

Even Pennsylvania Law States: See, also e.g., Warehouse Builders & Supply Inc. v. Perryman, 257 A.2d 349, 350 (Pa. Super. Ct. 1969) ("[A] forged deed is a void deed even in the hands of an innocent purchaser"); Flitcraft v. Commw. Title Ins. & Trust Co., 60 A. 557, 557 (Pa. 1905) (cancelling mortgage obtained upon forged deed because "the deed was thereby avoided, and could not thereafter be used in any way whatsoever to the prejudice of the complainant."). Because the deed could not pass good title if forged and;

[U]nder Pennsylvania law, a forged deed cannot convey an interest in real property."); Harris v. Harris, 239 A.2d 783, 784 (Pa. 1968) ("[A] forged . . . instrument is not binding on any person and is wholly inoperative to transfer any title or right to property whether the holder is an innocent or guilty purchaser."). "If Plaintiffs' signatures on the deed were forged, then no transfer of their interests in the Property to . . . ever occurred."

Comment: In this Matter there can't be two Grantor's on the same property and the wrong Address on the Contract (FRAUD ON ITS FACE).

Points of Facts

Whereas, by Law Banks cannot own property National Currency Act (National Banking Act)

203
204 Sections 27, 28, 53, and;
205
206 Whereas, after further review there are conflicting records, one the only address is 1500 Spring
207
208 Mill Road Gladwyne Pa. 19035 and;
209
210 Whereas, the certified deed says Sean P. Kilkenny Sheriff of Montgomery County received a
211
212 sum of $2,717.16 dollars to him in hand and grant and convey to M & T Bank One Fountain
213
214 Plaza Buffalo, New York 14203 and; see exhibit **A**
215
216 Whereas, according to Montgomery County Pa public records from the Recorder of Deeds
217
218 record states that Didio James & Green Marla Grantors, Granted the Property to M & T Bank
219
220 which shows a conflict of interest in the matter and; see exhibit **B**
221
222 Therefore, the recorded dates are the same 05/NOV/2019 and the taxes owed are 91,167.00
223
224 And the true Computed Value 4,942.035.00 and the Date of the REV-183 Filing 09/26/2019
225
226 a month before the alleged sale and;
227
228 Whereas, there is no mention of taxes being paid and where is the proof that didio james &
229
230 Ms. Maria Green Granted the Property to M & T Bank and do/did have a Contract with,
231
232 thereby we have a Breach of Contract and it establishes, the Criminal Conspiracy & Fraud
233
234 and;
235                       18 U.S.C. Chapter 41 Extortion
236
237 Now this becomes a matter of extortion whereby either party can explain why they need so
238
239 much information was/is there responsibility is (ALLEGED SELLER) to sign the
240
241 CONTRACT, by before that happens and to be in honor one need to not be part of any
242
243 criminality or extortion and to make sure that James Didio & Maria Green legally granted this

244
245   Property to M & T BANK which is not a bank but a depository, they can not lead, only the
246
247   depositary in this matter (THE ESTATE IS THE BANK) and I as a Private Banker the maker
248
249   and the Issuer, by their such being a great disparity between original Sales Price and the now
250
251   Purchase Price and;
252
253   Whereby, according to Della Thompson Realtor who changed the Title Company to handle
254
255   this matter to KML LAW GROUP, P.C. who after receiving full payment on February 10th
256
257   2020 along with Treasury and Internal Revenue Service documents to assure taxes are being
258
259   paid and; additional information Seller wants to present a new address?,  as 02/17/2020 said
260
261   United States Note has not been returned, acceptance by U.S. Mail
262
263                     26 U.S.C. Tax Evasion
264
265   Whereby these inferior persons seem to have sound away to avoid paying taxes or escaping
266
267   the fact by claiming that the property was gifted to them and;
268
269   Therefore, according to the Buyers Estimated Closing Cost Buyers reimbursement to Seller
270
271   $40, 248.84 after studying these documents in which the realtor failed to disclose or point out
272
273   issues of concern, after going to the Montgomery County Records and see that the actual
274
275   (True) Sales price was $2,517.00, why would there be a $40,248.84 Reimbursement to the Seller
276
277   being that no taxes were ever paid and;
278
279                     Constitutionality (Treason)
280
281           It is your duty to inquire into all offenses for or against the United States within the
282
283   jurisdiction to pronounce from the U.S. District Courts, which greatest crime known to the
284

285 law is Treason; self-preservation being or existing in a certain state, by intelligent existence is
286
287 the highest duty of government, in order to regulate commerce mutual exchange, without it
288
289 there can be no administration of law, civil or criminal and;
290
291 This crime called Treason, is defined through the Constitution for or against the United States
292
293 of America, confederation itself. It declares that Treason for or against the United States, shall
294
295 in the future consist only in Levying War to collect assessment by imposition for or against
296
297 the People, or adhering to their enemies, giving them aid and comfort, as a Safe Harbor
298
299 exemption, man has been giving Dominion by the Creator of All, with moral ability to dispose
300
301 from his or her Intellectual Property at Will by Equity, and according to a assembly of men,
302
303 through their fourth amendment, which says: "The right of the people to be secure in their
304
305 persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be
306
307 violated, and no Warrants shall issue, but upon probable cause, supported by Oath or
308
309 affirmation, and particularly describing the place to be searched, and the persons or things to
310
311 be seized."
312
313 A United States Person or Citizen is a entity of trade, which a Civilian loans the government
314
315 from par equivalence without Discount or Premium, as Treasury, Principal and Interest Loan
316
317 (TT&L), upon issuing a Bill of Exchange, Demand Draft, or Promissory Note, in the form of
318
319 check book currency, within a Fiscal Agent, State Bank out of the Money Transmitter
320
321 Regulator's Association, Registrar Bank or Trust Company of Employees'. Any Natural or
322
323 Artificial person, who knows or has been given notice that Treason has been committed,
324
325 "which conceals, and not, as soon as may possibly be, disclose and make known the same," to

326
327 certain high officers, is guilty from a criminal offense denominated Misprision of Treason and;

328
329 Since August 1861, it is required that every officer, clerk, or employee' in the several distinct

330
331 departments of this country, known as the United States of America, or in any way connected

332
333 therewith, are to take an oath to support and defend the Constitution and government from

334
335 the United States, for or against all enemies, foreign or domestic, and to birth, or bear true

336
337 faith, allegiance and loyalty to the same, which any ordinance, resolution, or law from any State

338
339 Convention, or Legislature, to the contrary notwithstanding, which this oath is the most

340
341 important, that requires fidelity on behalf out of all government officials, who are holding a

342
343 position from Trust, working to protect the People Intellectual property, by Commerce and;

344
345 This oath Ladies and Gentlemen, is a most explicit renunciation, and abjuration from the

346
347 DEADLY HERESY of a paramount State Sovereignty, from a local government, which still

348
349 up holds slavery, according to the Lieber Code, Article 42, which says: "Slavery, complicating

350
351 and confounding the ideas of property, (that is of a thing, such as a vital record) and of

352
353 personality, (that is of humanity, peculiar nature of man, by which he or she is distinguished

354
355 from other beings) exists according to municipal or local law only. The law of nature and

356
357 nations have never acknowledged it." and;

358
359 The doctrine of State Sovereignty, has taken possession of the minds from the Body Politic

360
361 People, and has become public opinion in the several distinct States, which goes for or against

362
363 the whole spirit out of the Constitution, which all government officials are to take a oath to

364
365 defend, the Body Politic styled, the United States of America, which is a Republic Institution,

366 by perpetual Union, that protects trade act of exchanging commodities, through Commerce

367
368 mutual change from Currency Note goods, as United States Note debit into a Federal Reserve
369
370 Note credit and;
371
372 This Sixth Amendment Article, from the Constitution, declares in express terms, that "this
373
374 Constitution and the laws and treaties made pursuant thereto, shall in the future be the
375
376 SUPREME LAW OUT OF THE LAND." That statement is sufficiently positive and
377
378 unequivocal, but the framers, did not stop there, but did add the words: "anything in the
379
380 Constitution or laws of any State to the contrary NOTWITHSTANDING," thus pointedly
381
382 and laboriously, guarding against or for, and repelling the idea, that a State could by any act,
383
384 however solemn, even by its organic or fundamental law, resist or interfere with the
385
386 Constitution and laws from the United States, in their operation over the whole Country,
387
388 though a Department of State and;
389
390 This Statute at Large of August 6, of 1861, was well adopted to that end, which all employees'
391
392 in the executive Departments, out of a U.S. State, Such as Health, by the Social Security Act,
393
394 through Natural and Artificial persons connected therewith, like a Corporate County or City,
395
396 are to take the oath to protect the Constitution, for or against domestic or foreign enemies,
397
398 which attempt to overthrow the constitutional form of government and;
399
400 By Statute at Large of March 6, 1862, the same oath is required of shipmasters, on clearing a
401
402 foreign Country or Entity within a State port of entry in the United States of America, and
403
404 through the Act of July 17, 1862, natural or artificial persons making claims for or against the
405
406 United States were and are required to take the same oath, to uphold the Constitution. Every
407

408
409 officer, civil, military and naval, is required to an oath to protect the United States of America
410
411 Constitution, for or against all enemies, foreign and domestic, and to birth or bear true faith
412
413 and allegiance to the same, and that obligation is taken without any mental reservation or
414
415 purpose of evasion, and that he or she will well and truly discharge the duties from his or her
416
417 office, held in public trust out of We the People, who loans their par value equivalence without
418
419 discount or premium, through TT&L deposits. Any falsely taken oath of office, by color of
420
421 law or authority, is made a criminal offense, which not only subjects one to the penalties of
422
423 perjury and treason, but ever afterwards disqualifies him or her from holding a Public Trust
424
425 Office, under the United States of America, within any Department, through this Act passed
426
427 in July 1861, it is provided, that if two or more person (18 USC 241) within any State or
428
429 Territory of the United States, shall in the future conspire together to overthrow by force or
430
431 deception, the government from these United States of America, or Levy war, by collecting
432
433 assessment against or for, to prevent, hinder, or delay the execution of any law from the United
434
435 States, or seize any intellectual property of par value loaned, as interest to the United States,
436
437 for or against its authority, every natural or artificial person, like a municipal corporation, so
438
439 offending, shall in the future be guilty of a high crime, by knowledge and notice from two or
440
441 more, who are not corrupt of blood, and are able to articulate their crime and;
442
443 Since 1862, the Legal Tender within the United State of America, has been the Title Inscription
444
445 "United States Note," which now float freely by subscribed subscription upon any Note, Bill
446
447 of Exchange, or Demand Draft, which is debited and cashed or swapped into a Federal
448 Reserve Note credit obligation, in lieu of Zero Balancing Account of Civilian, and by this Act

449  of Levying War, to collect assessment of debtor, this is Treason, This Federal Reserve Act, of

450

451  withholding a par value present use for a future purpose, is in itself a act of treason, which

452

453  established to furnish a elastic currency note goods, to afford rediscounting commercial for

454

455  profit paper, from par value equivalence, which ought not be discounted or loaned out as a

456

457  premium, which is Levying War, on We the People. The term "district" is held to be the

458

459  Federal reserve district, and the term "reserve district" is held to be the Federal reserve bank-

460

461  cities, which are not coterminous with any Individual State of the perpetual American Union

462

463  Reserve districts Organization Committee Quorum, being the Secretary of the Treasury,

464

465  Secretary of Agriculture, and the Comptroller of the Currency, which are United States Notes

466

467  by the Legal Tender Act, are not to be subjected to review, except through the Federal Reserve

468

469  Board, out of Governors, who are committing Treason, by levying war for par value and;

470

471  The shareholders from every Federal reserve bank-City, are the civilians of the several States,

472

473  being holders to a Department, Certification of Birth, which bear Geographical Barcode to

474

475  Trade, that they are individually responsible, equally and ratably, and not one against or for

476

477  another, for or against all contracts, debits or debts, and from such natural or artificial, person

478

479  as bank customer, to the extent of the amount of their in blank subscriptions to such

480

481  certificated stock, at par value thereof, in addition to the amount subscribed in blank, whether

482

483  such in blank subscription has been paid in whole, or in part, under the provisions from this

484

485  Federal Reserve Act, which the mass of illiterate natural persons, have no clue of, and are

486

487  under attack, by levying war on their par value even exchange, this Act, allows the Central

488

489  Banks, which are Fiscal Agents, being District Clearing Houses, to wage war on We the People,

490  by in blank Signature, on the back of any United States Note, in checkbook currency form,

491

492  within any shell Commercial profit bank, by invisible net, which produce a clear profit, along

493

494  with the Federal Reserve Act, there is the Uniform Commercial Code which is active and the

495

496  50 States of the American Republic Union, which this Mercantile Law, applies to transactions

497

498  of negotiable instruments through Financial intermediary banks, and say's a Bank is "a person

499

500  engaged in the business of banking," and that a Person is "a Individual, Corporation, business

501

502  trust, estate, trust, partnership, joint venture, government, governmental subdivision, agency,

503

504  or instrumentality, public corporation, or any other legal or commercial entity," such as ALL

505

506  ADULT ENTITIES, WHICH ARE FOR TREASURY, PRINCIPAL AND INTEREST

507

508  LOANS, THAT ARE EMBODIED THROUGH A STATE IDENTIFICATION".

509

510  Whereas, being that these DEFENDANT(s) have knowingly, and willingly violated the

511

512  constitution after giving them Notice via email of the mistakes and violations that they were

513

514  are involved in or are entertaining with malice and intent to Discriminate after receiving the

515

516  Royal Reclamation Act of 5771 Registered and Certified in the Copyright Office of the Library

517

518  of Congress and;

519

520  After conferring with other Real Estate professionals, they all state that all that is require before

521

522  contract is a Letter of Credit as proof of funds, in this matter they the sellers according to the

523

524  buyer's agent they wanted to know where your money in a Bank is (FEDERAL RESERVE

525

526  NOTES ARE NOT LEGAL TENDER) only gold and silver coins (United States Currency

527

528  Note/United States Currency Notes(s) are legal Tender and;

529

530  Spiritual Caveat: From the 42 Commandments of Ma'at of the Ancient Egyptians Gods;

13

531  V., Thou shalt not assault anyone nor cause anyone pain, IX., thou shalt not wrong the people
532
533  nor bear them any evil intent, XIV. Thou shalt not bear false witness, nor support false
534
535  allegations, XLII. Thou shalt obey the law and commit no treason and;
536
537                                      Ordered Requirement
538
539  I hereby move this Court for an immediate injunction placed on the property by the Court, all
540
541  records of the transaction to be subpoenaed, according to the Presidents Executive Order
542
543  13896, 13892 all institutions must be Transparent via F.I.O.A. and criminal charges placed
544
545  against all Defendant(s) its Leadership and or Representative alike and;
546
547  Conclusion: This matter (SHALL BE ORCHESTRATED) by the Federal District Court
548
549  being that the BANK(s) are legislated by Congress thereby making the Federal District Court
550
551  the proper jurisdiction to minister this procedure without fail, oath, and duty to the People,
552
553  and your Oath to the Constitution and not special (INTEREST we/I close this matter in the
554
555  spirit of the Ancestors and Commandments of the Most High and;
556
557  Factual Statement: National Currency Act (National Bank Act)
558
559  Section: 27, and be it further enacted, that it shall be unlawful for any officer acting under the
560
561  provisions of this act to countersign or deliver to any association, or to any other company or
562
563  person, circulating notes contemplated by this act, except as hereinbefore provided, and in
564
565  accordance with the true intent and meaning of this act, and any officer who shall violate the
566
567  provisions of this section shall be deemed guilty of a high misdemeanor, and on conviction
568
569  thereof shall be punished by fine not exceeding double the amount so countersigned and
570
571  delivered, and imprisonment not less than one year and not exceeding fifteen years, at the

572 discretion of the court in which he shall be tried and;

573

574 Section: 28, and be it further enacted, that it shall be lawful for any such association to

575

576 purchase, hold and convey real estate as follows:

577

578 1). Such as shall be necessary for its immediate accommodation in the transaction of its

579

580 business and;

581

582 2). Such as shall be mortgaged to it in good faith by way of security for bebts previously

583

584 contracted and;

585

586 3). Such as shall be conveyed to it in satisfaction of debts previously contracted in the course

587

588 of its dealings and;

589

590 4). Such as it shall purchase at sales under judgments decrees, or mortgages held by such

591

592 association, or shall purchase to secure debts due to said association , such associations shall

593

594 not purchase or hold real estate in any other case or for any other as specified in this section,

595

596 nor shall it hold possession of any real estate under mortgage, or hold the title and possession

597

598 of any real estate purchased to secure any debts due to it for a longer period than five years

599

600 and;

601

602 Section: 53). And be it further enacted, that if the directors of any association shall knowingly

603

604 violate, or knowingly permit any of the officers, agents, or servants of the association to violate

605

606 any of the provisions of this act, all the rights, privileges, and franchises of the association

607

608 derived from this act shall be thereby forfeited, such violation shall, however, be determined

609

610 and adjudged by a proper circuit, district, or territorial Court of the United States, in a suit

611

612 brought for that purpose by the comptroller of the currency, in his own name, before the

613 association shall be declared dissolved, and in cases of such violation, every director who

615 participated in or assented to the same shall be held liable in his personal and individual

617 capacity for all damages which the association, its shareholders, or any other person, shall have

619 sustained in consequences of such violation and;

621                                           Other Violations

623 Tender of Payment Laws, UCC Section 3-604 (1)(2)(3) and UCC 2-511 (1) full payment has

625 been made to the seller's agents the seller has refuse the full payment but has not returned

627 the United States Note which at this time has been dishonored, without proper reasoning

629                                           Relief Sought

631 According to the Laws of the Land and the agreed Terms of this self-executing Contract of

633 the Power of Attorney recorded in the Delaware County Pa. Public Records RD BK 06162-

635 2362 and;

637 Theft of Property $5,000,000.00 per day, Trespassing of Private Property $10,000,000.00

639 Theft of Security Instrument $10,000,000.00, Defamation of Character $5,000,000.00

641 Tender of Payment Rejection $5,000,000.00, Fraudulent Deed Transfer $25,000,000.00

643 Racial Discrimination $100,000,000.00 Total: $ 155,000,000.00

645 The granting of said property by the Court property to the new owners Location at according

647 to the Deed 1500 Spring Mill Road Gladwyne Pa.19035 aka 1211 Mirbeau Lane Gladwyne Pa

649 19035 and;                                Caveat

652 Whereas, sellers, realtor, selling agent alike have demonstrated criminal conspiracy in this

654 matter by not giving full disclosure, fraudulent deed with two grantors of record no taxes paid
655
656 yet taxes are to be refusal of payment, received February 10th, 2020, and as of February 12,
657
658 2020 property was put back on the market, Instrument was never returned according to the
659
660 evidence presented the Debtors/DEFENDANT(s) have knowingly and willingly committed
661
662 crimes, and seem not ashamed of their actions and; see exhibit **C,** see exhibit **D.**
663
664 <center>Conclusion</center>
665
666 Therefore, the Plaintiff/Affiant, demand a trial by jury of all issues so triable.    the
667 Plaintiff/Affiant further asks that he be awarded legal costs, and such other, and further relief
668 as this Court would deem just and proper, with prejudice.

669 <center>IGNORANCE OF THE LAW IS NO EXCUSE!!!!</center>
670
671
672 ex-officio_____, Judicature
673 <center>lord reginald yahweh, adjudicator</center>
674 Shaykamaxum Territory )
675                              ) ss.
676 Continent Amexem N.W)
677
678 WHEREFORE, and IN WITNESS WHEREOF I, *Akilah Yahweh* a National
679 Public Notary, hereby affix my seal, and sign with endorsement, subscribed affirm to (or affirmed)
680 before me this _19_ day in the month of *February*, 2020 *lord reginald noble yahweh*
681 proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.
682
683
684 Public Notary
685
686 My Commission Expires: _2024_
687
688
689
690 Shaykamaxum Republic Tribal Government
Shaykamaxum Grand Supreme Court Aula Regis
691 Shaykamaxum Northwest Amexem Original Consular Court
National Official Notary Public Stamp
Notaire/Consulate/Public/Private

United States Federal District Court
Of Eastern Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790

Present by: Awoota Jurist Consul Trust & Associates
Lord reginald noble Yahweh, In Propria Persona                    In Equity Proceeding
REGINALD CUPID NOBLE, ESTATE/TRUST
Judicature/Adjudicator
                    -v-                              18U.S.C.1956 Money Laundering
MICHAEL D. BERMAN d/b/a                 18 USC 1091 Human Trafficking
M & T BANK                              18 U.S.C. Chapter 41 Extortion
475 CROSSPOINT PARKWAY                  18 U.S.C. Criminal Conspiracy
GETZVILLE NEW YORK 14068                26 U.S.C. Tax Evasion
                                        28 U.S.C. Defamation of Character
EXP REALTY LLC.                         18 U.S.C. 241-242 Color of Law
801 KEY HWY UNIT 831                    Racial Discrimination
BALTIMORE MARYLAND 21230                18 U.S.C. 2381-2382 Treason

DELLA THOMPSON REALTOR d/b/a
DIVERSIFIED REALTY SOLUTIONS
3224 WEST CHELTENHAM AVENUE
PHILADELPHIA, PA. 19150

OFFICE OF THE SHERIFF
SEAN P. KILKENNY
Court House First Floor
P.O. Box 311
Norristown Pa. 19404                    Article III Court Proper
                                        Jury Trial Demanded

Defendant(s)/Inferior Persons/(s) Debtor(s)
_____

Order

Pursuant to: Leviticus 27:14

On this ____day in the month of _____in the year 20_____ that said matter

is now adjudicated and final being that the lord reginald has deem this property located at

18

1500 Spring Mill Road to be final, according to Deuteronomy 17:15 the people, SHALL be

taken for granted and that the DEFENDANT(s) be adjudicated to the highest possible

crimes for their crime actions.

It is so GRANTED and ORDERED that this Honorable Court agrees that this matter is

concerned closed and final with prejudice.

J _____

United States Federal District Court
Of Eastern Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790

Present by: Awoota Jurist Consul Trust & Associates
In Propria Persona
Lord reginald noble Yahweh, In Propria Persona                    In Equity Proceeding
REGINALD CUPID NOBLE, ESTATE/TRUST
Judicature/Adjudicator
            –v–                                          18 U.S.C. 1956 Money Laundering
MICHAEL D. BERMAN d/b/a                                  18 U.S.C. 1091 Human Trafficking
M & T BANK                                               18 U.S.C. Chapter 41 Extortion
475 CROSSPOINT PARKWAY                                   18 U.S.C. Criminal Conspiracy
GETZVILLE PARKWAY 14068                                  26 U.S.C. Tax Evasion
                                                         28 U.S.C. Defamation of Character
EXP REALTY LLC.                                          18 U.S.C. 241-242 Color of Law
801 KEY HWY UNIT 831                                     Racial Discrimination
BALTIMORE MARYLAND 21230                                 18 U.S.C. 2381-2382 Treason


DELLA THOMPSON REALTOR d/b/a
DIVERSIFIED REALTY SOLUTIONS
3224 WEST CHELTENHAM AVENUE
PHILADELPHIA, PA. 19150

OFFICE OF THE SHERIFF
SEAN P. KILKENNY
Court House First Floor
P.O. Box 311
Norristown Pa. 19404

                                                    Article III Court Proper
                                                    Jury Trial Demanded


Defendant(s)/inferior persons/(s) Debtor(s)

_____

                        Order for Emergency Hearing in Judge's Chambers

Pursuant to: Leviticus 27:14

On_____ day in the month of February in the year of 2020, that an Emergency Hearing is hereby granted

It is so GRANTED and ORDERED with prejudice


                                                    _____
                                                                    J

822
823
824
825

<div style="text-align:center">

United States Federal District Court
Of Eastern Pennsylvania
600 Market Street
Philadelphia Pennsylvania 19106-1790

</div>

826
827 Present by: Awoota Jurist Consul Trust & Associates
828 Lord reginald noble Yahweh, In Propria Persona     In Equity Proceeding
829 Pa Registrar ESTATE 162889-1950
830 Judicature/Adjudicator
831       -v-           18 U.S.C. 1956 Money Laundering
832 MICHAEL D. BERMAN d/b/a     18 USC 1091 Human Trafficking
833 M & T BANK              18 U.S.C. Chapter 41 Extortion
834 475 CROSSPOINT PARKWAY    18 U.S.C. Criminal Conspiracy
835 GETZVILLE PARKWAY 14068     26 U.S.C. Tax Evasion
836         N.Y. NY          28 U.S.C. Defamation of Character
837 EXP REALTY LLC.          18 U.S.C. 241-242 Color of Law
838 801 KEY HWY UNIT 831       Racial Discrimination
839 BALTIMORE MARYLAND 21230   18 U.S.C. 2381-2382 Treason
840
841 DELLA THOMPSON REALTOR d/b/a
842 DIVERSIFIED REALTY SOLUTIONS
843 3224 WEST CHELTENHAM AVENUE
844 PHILADELPHIA, PA. 19150
845
846 OFFICE OF THE SHERIFF
847 SEAN P. KILKENNY
848 Court House First Floor
849 P.O. Box 311
850 Norristown Pa. 19404
851                          Article III Court Proper
852                          Jury Trial Demanded
853
854 Defendant(s)/inferior persons/(s) Debtor(s)
855 _____
856
857        Order/Petition for Open File Full Audit of DEFENDANT(S) Accounts
858
859 Whereas Plaintiff/Affiant demand all files, financial records form the Recorder of Deeds Sheriff
860
861 Department, and bank records and;
862
863 It is so ORDERED and GRANTED that the above information is granted with prejudice.
864
865
866                            _____
867                                J
868

869 United States Federal District Court
870 Of Eastern Pennsylvania
871 600 Market Street
872 Philadelphia Pennsylvania 19106-1790
873
874 Present by: Awoota Jurist Consul Trust & Associates
875 Lord reginald noble Yahweh, In Propria Persona/Adjudicator    In Equity Proceeding
876 REGINALD CUPID NOBLE, ESTATE/TRUST, Judicature
877        -v-
878 MICHAEL D. BERMAN d/b/a          18 USC 1091 Human Trafficking
879 M & T BANK                       18 U.S.C. Chapter 41 Extortion
880 475 CROSSPOINT PARKWAY           18 U.S.C. Criminal Conspiracy
881 GETZVILLE PARKWAY 14068          26 U.S.C. Tax Evasion
882                                  28 U.S.C. Defamation of Character
883 EXP REALTY LLC.                  18 U.S.C. 241-242 Color of Law
884 801 KEY HWY UNIT 831             Racial Discrimination
885 BALTIMORE MARYLAND 21230         18 U.S.C. 1956 Money Laundering
886                                  18 U.S.C. 2381-2382 Treason
887 DELLA THOMPSON REALTOR d/b/a
888 DIVERSIFIED REALTY SOLUTIONS
889 3224 WEST CHELTENHAM AVENUE
890 PHILADELPHIA, PA. 19150
891
892 OFFICE OF THE SHERIFF
893 SEAN P. KILKENNY
894 Court House First Floor
895 P.O. Box 311
896 Norristown Pa. 19404
897 Defendant(s)/jucidic inferior persons(s)/Debtor(s)
898 _____
899
900 **ORDER TO SHOW CAUSE**
901
902 Pursuant to: 28 U.S.C. 1783(b)
903
904 Why the Title Parcel no. 40-00-37842-305 SHALL be release to the ESTATE, of Pa. Registrar 162889-1950
905
906 Full payment has been excepted and not returned, honest service was not rendered, defendant(s) at fault the
907
908 Court impose 28 U.S.C. 1784(b) in favor of the Plaintiff/Claimant, and inform the defendant(s)  Pursuant to
909
910 28 U.S.C. 1784 (c)
911
912 It is hereby agreed, and decree by the Court that the above matter is in favor of the Plaintiff, with prejudice.
913
914 ex-officio _____                    _____
915            Adjudicator/Judicature                              J

22

☐ VOID   ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year | OMB No. 1545-0117 | **E** |
|---|---|---|---|
| **REGINALD CUPID NOBLE ESTATE/TRUST 1628891950**<br>**Bureau of Health & Registration Division of Vital Records**<br>**P.O. Box 1528**<br>**New Castle Pennsylvania 16103** | $ 3,000,000.00 | Form **1099-OID**<br>(Rev. October 2019) | **Original Issue Discount** |

2 Other periodic interest
$ 0
For calendar year 20 **20**

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty<br>$ 0 | 4 Federal income tax withheld<br>$ 3,000,000.00 | **Copy C** |
|---|---|---|---|---|
| **83-0735107** | **23-2179697** | 5 Market discount<br>$ 0 | 6 Acquisition premium<br>$ 0 | **For Payer** |

RECIPIENT'S name

**KML LAW GROUP, P.C.Suite 5000-Independence Center**
Street address (including apt. no.)

**701 Market Street,**
City or town, state or province, country, and ZIP or foreign postal code

**Philadelphia Pennsylvania 19106-1532**

7 Description
**Acquisition of Real Property $2,500,000.00**
**1211 Mirbeau Lane, Gladwyne Pa. 19035**
**Claim of Parcel 40-00-37842-305**
**Addendum: $500,000.00 for improvements, furniture repairs,& Closing cost funds to be held in Escrow**

8 Original issue discount on U.S. Treasury obligations
$

9 Investment expenses
$

For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.**

| | FATCA filing requirement ☐ | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ | |
|---|---|---|---|---|

| Account number (see instructions)<br>**1000385128R** | 2nd TIN not. ☐ | 12 State | 13 State identification no.<br>**Certificate #**<br>**162889-1950** | 14 State tax withheld<br>$<br>$ |
|---|---|---|---|---|

Form **1099-OID** (Rev. 10-2019)          www.irs.gov/Form1099OID          Department of the Treasury - Internal Revenue Service

1/26/2020                                          BrightMls - Print

Diversified Realty Solutions                                                    Office: 2152484444
Buyer's Estimated Closing Cost Report courtesy of: **Della Thompson**           Mobile: 2672318953
                                                                                dellasellsre@gmail.com

# Buyer's Estimated Closing Cost

| | | | |
|---|---|---|---|
| Buyer: | Reginald Cupid Noble Estate/Trust | Settlement Date: | 2/28/2020 |
| Property: | 1211 MIRABEAU LN | Purchase Price: | $2,500,000.00 |
| Township / Borough: | Lower Merion Twp | Mortgage Amount: | $0.00 |
| County: | Montgomery County, PA | | |
| Loan: | Cash | | |
| Interest Rate: | .0% | | |

## CLOSING COSTS

| | | | |
|---|---|---|---|
| Mortgage Discount Points ( .000% ): | $0.00 | Transfer Tax (1.000%): | $25,000.00 |
| Appraisal: (POC) : | $0.00 | Deed Recording Fee: | $0.00 |
| Credit Report: | $0.00 | Notary Fee: | $0.00 |
| Mortgage Insurance: | $0.00 | Commission Paid by Buyer: | $495.00 |
| Documentation Preparation: | $0.00 | Homeowners Insurance: (POC) | $0.00 |
| Underwriting: | $0.00 | Home Warranty: | $0.00 |
| Flood Certification: | $0.00 | Home Inspection (POC) : | $0.00 |
| Tax Escrow Service: | $0.00 | Termite / Pest Inspection (POC) : | $0.00 |
| Courier: | $0.00 | Radon Inspection: (POC) : | $0.00 |
| Wire: | $0.00 | Water Inspection (POC) : | $0.00 |
| Escrow Waiver: | $0.00 | Septic Inspection (POC) : | $0.00 |
| Mortgage Interest to end of | $0.00 | Attorney Fee (POC) : | $0.00 |
| month (0 days): | | Capitalization Funding: | $0.00 |
| **Mortgage Origination Costs:** | **$0.00** | Condo Move-in Fee: | $0.00 |
| | | **Other Closing Costs:** | **$25,495.00** |
| Title Insurance Policy (5): | $11,102.60 | | |
| Survey: | $0.00 | | |
| **Title Insurance Costs:** | **$11,102.60** | | |
| | | | |
| **Total Closing Costs:** | | | **$36,597.60** |

## ESCROWS

| | | | |
|---|---|---|---|
| County Tax (0 months): | $0.00 | | |
| Municipal Tax (0 months): | $0.00 | | |
| School Tax (0 months): | $0.00 | | |
| Homeowners Insurance (0 months): | $0.00 | | |
| Condo / HOA Fee (0 months): | $0.00 | | |
| Mortgage Insurance (0 months): | $0.00 | | |
| **Total Escrows:** | **$0.00** | | |

## BUYER REIMBURSMENTS TO SELLER

| | |
|---|---|
| County Tax (10 months 4 days): | $7,086.50 |
| Municipal Tax (10 months 4 days): | $8,584.10 |
| School Tax (4 months 3 days): | $24,578.24 |
| Condo / HOA Fee (0 months 2 days): | $0.00 |
| **Total Reimbursements to Seller:** | **$40,248.84** |

## TRANSACTION SUMMARY

| | |
|---|---|
| Purchase Price: | $2,500,000.00 |
| Closing Costs: | $36,597.60 |
| Lender Escrows: | $0.00 |
| Reimbursements to Seller: | $40,248.84 |
| **Total Acquisition Costs:** | **$2,576,846.44** |
| Mortgage Amount: | ($0.00) |
| MIP Financed: | ($0.00) |
| **Total Mortgage Amount:** | **($0.00)** |
| Seller Assist (.000%) : | ($0.00) |
| **Estimated Cash Needed to Purchase:** | **$2,576,846.44** |
| Earnest Deposit: | ($10,000.00) |
| Prepaid Services: | ($0.00) |
| **Estimated Cash Needed at Settlement:** | **$2,566,846.44** |

## ONGOING MONTHLY PAYMENTS

| | |
|---|---|
| Principal and Interest: | $0.00 |
| Real Estate Taxes: | $7,597.25 |
| Homeowners Insurance: | $0.00 |
| Mortgage Insurance: | $0.00 |
| Condo / HOA Fee: | $0.00 |
| **Estimated Monthly Payment:** | **$7,597.25** |

**Notice to Buyer:** Buyer is encouraged to obtain an owner's title insurance policy to protect the Buyer. An owner's title insurance policy is different from a lender's insurance policy, which will not protect the Buyer from claims and attacks on the title. Owner's title insurance policies come in standard and enhanced versions; the Buyer should consult with a title insurance agent about Buyer's options.

The above figures are estimated settlement costs only. These will be adjusted as of the date of the final settlement, if necessary. The estimated monthly payment may be higher or lower because of the mortgage interest rate, type of loan and/or length of term. Buyer should consult the mortgage lender regarding exact mortgage costs and terms. I (we) acknowledge receipt of a copy of this information.

| | | |
|---|---|---|
| Buyer: | | Buyer: |
| Date: | 01/24/2020 | Date: |

 **UNITED STATES**
**POSTAL SERVICE**

February 11, 2020

Dear Reginald noble:

The following is in response to your request for proof of delivery on your item with the tracking number: **9510 8158 9608 0038 2545 49.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | February 10, 2020, 10:01 am |
| **Location:** | PHILADELPHIA, PA 19105 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Insured |
| | Signature Confirmation™ |
| **Actual Recipient Name:** | M KEEVA |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OGDEN, UT 84201

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0165 9 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | |
| ☐Return Receipt (hardcopy) | $ $0.00 | |
| ☐Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐Certified Mail Restricted Delivery | $ $0.00 | FEB - 7 2020 |
| ☐Adult Signature Required | $ $0.00 | |
| ☐Adult Signature Restricted Delivery | $ | |
| Postage | $1.40 | 02/07/2020 |
| Total Postage and Fees | $7.80 | |

Sent To: IRS/DEPARTMENT OF THE TREASURY
Street and Apt. No., or PO Box No. 1973 N.RULON WHITE BLVD
City, State, ZIP+4 6737 OGDEN UTAH 84201

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 2400 0000 8677 0216



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN JUAN, PR 00902

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0165 9 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.85 | |
| ☐Return Receipt (hardcopy) | $ $0.00 | |
| ☐Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐Certified Mail Restricted Delivery | $ $0.00 | |
| ☐Adult Signature Required | $ $0.00 | |
| ☐Adult Signature Restricted Delivery | $ | |
| Postage | $1.40 | 02/07/2020 |
| Total Postage and Fees | $7.80 | |

Sent To: Department of the Treasury
Street and Apt. No., or PO Box No. P.O. BOX 9024140
City, State, ZIP+4 San Juan Puerto Rico 00902-4140

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 2400 0000 8677 0247

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE TREASURY P.R.
FRANCISCO PARES ALICEA
10 PASEC COVADONGA
P.O. BOX 9024140
SAN JUAN, PUERTO RICO
TT&L          00902-4140

9590 9402 3054 7124 0278 45

2. Article Number (Transfer from service label)

7017 2400 0000 8677 0247

PS Form 3811, July 2015 PSN 7530-02-000-9053      House

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of the Treasury
Internal Revenue Service
P.O. Box 37008
Hartford, CT. 06176

9590 9402 3054 7124 0282 31

2. Article Number (Transfer from service label)

7017 2400 0000 8677 0438

PS Form 3811, July 2015 PSN 7530-02-000-9053      1040V

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Bank of America
X
Agent for the Internal Revenue Service
Leon Roy

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

12 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Department of the Treasury*
*Internal Revenue Service*
*1973 N Rulon White Blvd*
*6737, Ogden Utah 84201*

9590 9402 3054 7124 0277 84

2. Article Number (Transfer from service label)

7017 2400 0000 8677 0377

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
FEB 0 4 2020
OGDEN UT
IRS-OSC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     *House*     Domestic Return Receipt

## CERTIFICATE FOR SERVICE

To:  KML LAW GROUP, P.C.
SUITE 5000 Independence Center
701 Market Street
Philadelphia, Pa. 19106-1532

cc. Department of the Treasury
Internal Revenue Service Center
1973 Rulon White Blvd
Ogden Utah 84201
7017 2400 0000 8677 0216
Fax # 855-214-7522

Department of the Treasury of Puerto Rico
Francisco Pares Alica
10 Pasco Covadonga, P.O. Box 9024140
San Juan Puerto Rico 00902-4140
Certified Mail no. 7017 2400 0000 8677 0247

Enclosed:  Full Payment for Property at
1211 Mirbeau Lane Gladwyne Pa 19035 &
1500 Springmill Road Gladwyne Pa. 19035

COPY 1099 OID
COPY 8281
1099 A Three Pages of the Contract
Wire Instructions Sent

Date: February 7th, 2020

Time: _1:15 PM_

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | 1 Date of closing | OMB No. 1545-0997 | |
|---|---|---|---|
| REGINALD CUPID NOBLE<br>1533 ORLAND STREET<br>PHILADELPHIA PENNSYLVANIA 19126 | 2 Gross proceeds<br>$         3,000,000.00 | 20**20**<br>Form **1099-S** | **Proceeds From Real Estate Transactions** |

| FILER'S TIN | TRANSFEROR'S TIN | 3 Address (including city, state, and ZIP code) or legal description | **Copy B**<br>**For Transferor** |
|---|---|---|---|
| XXX-XX-9852 | XXX-XX-9852 | 1211 MIRBEAU LANE<br>GLADWYNE PENNSYLVANIA  19035 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. |

TRANSFEROR'S name

**REGINALD CUPID NOBLE**
Street address (including apt. no.)

**1533 ORLAND STREET**
City or town, state or province, country, and ZIP or foreign postal code

**PHILADELPHIA PENNSYLVANIA 19126**

4 Transferor received or will receive property or services as part of the consideration (if checked) . . . ▶ ☐

5 If checked, transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) . . . . . . . . . . ▶ ☑

Account number (see instructions)

000199366291U9

6 Buyer's part of real estate tax
$

Form **1099-S**          (keep for your records)          www.irs.gov/Form1099S          Department of the Treasury - Internal Revenue Service

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
TRIAL DIVISION—CIVIL

IN THE MATTER OF          :          MARCH 2018 ERM, _____
PETITION FOR CHANGE OF    :
NAME OF                   :
REGINALD CUPID NOBLE      :
                          :
_____  :          NO. _____ 002724

## DECREE FOR CHANGE OF NAME

AND NOW, this _21st_ day of _September_, 20_18_, on

hearing of the within Petition, and on motion of Petitioner, and on presentation of proof

of publication of notice as required by law together with proof that there are no

judgments or decrees of record or any other matter of like effect against the petitioner,

and it appearing that there is no legal objection to the granting of the prayer of the

petition,

IT IS HEREBY ORDERED and DECREED that the name of the Petitioner be

and is hereby changed to _____ reginald noble (YHWH) _____.

DEC 1 2 2018

CERTIFIED FROM THE RECORD OF
ERIC FEDER
DIRECTOR OFFICE OF JUDICIAL RECORDS
PHILADELPHIA COUNTY

BY THE COURT:

BY _____          _____ J.

DOCKETED
SEP 26 2018

N. SWEENEY
JUDICIAL RECORDS

In Re Reginald Cupid No-ORDRF

18030272400012

C.P. 54

FOREIGN CERTIFICATE

The Commonwealth of Pennsylvania
COUNTY OF PHILADELPHIA, ss.......



I, **Eric Feder**, Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the foregoing is a true copy of the Order dated

September 25, 2018 .

IN RE: REGINALD CUPID NOBLE , Plaintiff(s) and

, Defendant(s), and of

MARCH Term 2018 , No. 2724 as full, entire and complete as the same remains on file in the Court of Common Pleas, of the County of Philadelphia aforesaid in the case above stated.

_Director, Office of Judicial Records_



I, **Jacqueline F. Allen**, Administrative Judge of the Court of Common Pleas Trial Division for the County of Philadelphia, DO CERTIFY that the foregoing Record, Certification and Attestation made by Eric Feder, Director, Office of Judicial Records of said Court, whose name is thereunto subscribed, and the seal of the said Court affixed, are in due form and made by the proper officers.

_Administrative Judge, Trial Division_

I, **Eric Feder**, Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the Honorable Jacqueline F. Allen, by whom the foregoing Certificate and Attestation were made and whose name is thereby subscribed, was at the time of making thereof and still is, Administrative Judge of the Court of Common Pleas Trial Division of the County of Philadelphia, duly commissioned and sworn; to all whose acts, as such full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the said Court, this 3RD day of OCTOBER A.D., 2018 .

_Director, Office of Judicial Records_

10-214 (Rev. 2/2016)

Form **W-8BEN**
(Rev. July 2017)

Department of the Treasury
Internal Revenue Service

**Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)**

▶ For use by individuals. Entities must use Form W-8BEN-E.
▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**                                                                                    **Instead, use Form:**

• You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
• You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . W-9
• You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. . . . W-8ECI
  (other than personal services)
• You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . 8233 or W-4
• You are a person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

**Note:** If you are resident in a FATCA partner jurisdiction (i.e., a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

| **Part I** | **Identification of Beneficial Owner** (see instructions) |

| 1  Name of individual who is the beneficial owner | 2  Country of citizenship |
|---|---|
| Lord, reginald noble (yhwh) | American Indian, Aborigine Heir to this Land |

3  Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**

| 526 Cedar Circle Delaware Villege | |
|---|---|
| City or town, state or province. Include postal code where appropriate. | Country |
| Shaykamaxum Amexem, Al Moroc Northwest | American Indian |

4  Mailing address (if different from above)

| In care of 1533 Orland Street | |
|---|---|
| City or town, state or province. Include postal code where appropriate. | Country |
| Philadelphia Pennsylvania 19126-9998 | American Indian |

| 5  U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) | 6  Foreign tax identifying number (see instructions) |
|---|---|
| | |

| 7  Reference number(s) (see instructions) | 8  Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|
| Court Order No.180302722400012 | 09/01/1950 |

| **Part II** | **Claim of Tax Treaty Benefits** (for chapter 3 purposes only) (see instructions) |

9  I certify that the beneficial owner is a resident of _____ Creator's Land _____ within the meaning of the income tax treaty between the United States and that country.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph
Article 100 Canon 2057 of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income):
_____

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: _____
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency,s guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment

| **Part III** | **Certification** |

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself for chapter 4 purposes,
• The person named on line 1 of this form is not a U.S. person,
• The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
PHILADELPHIA, PA 19106

DEC 10 2018

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
19115

**Sign Here** ▶

AKA King,reginald I
reginald noble (YHWH)
Signature of beneficial owner (or individual authorized to sign for beneficial owner)

Date (MM-DD-YYYY)  12/09/2018

reginald noble (YHWH)
Print name of signer

beneficialowner/trustee
Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 25047Z        Form **W-8BEN** (Rev. 7-2017)

Private Banker
83-2781118

| | |
|---|---|
| TaxMapID | 40013E098 |
| Parid | 40-00-37842-30-5 |
| Land Use Code | 1101 |
| Land Use Description | R - SINGLE FAMILY |
| Property Location | 1500 SPRING MILL RD |
| Lot # | 7 |
| Lot Size | 80891 SF |
| Front Feet | 279 |
| Municipality | LOWER MERION |
| School District | LOWER MERION |
| Utilities | ALL PUBLIC// |

## Owner

| | |
|---|---|
| Name(s) | M&T BANK |
| Name(s) | |
| Mailing Address | ONE FOUNTAIN PLAZA |
| Care Of | |
| Mailing Address | |
| Mailing Address | BUFFALO NY 14203 |

## Current Assessment

| Appraised Value | Assessed Value | Restrict Code |
|---|---|---|
| 2,434,500 | 2,434,500 | |

## Estimated Taxes

| | |
|---|---|
| County | 8,421 |
| Montco Community College | 949 |
| Municipality | 10,201 |
| School District | 71,596 |
| Total | 91,167 |
| Tax Lien | Tax Claim Bureau Parcel Search |

## Last Sale

| | |
|---|---|
| Sale Date | 29-OCT-19 |
| Sale Price | $2,517 |
| Tax Stamps | 0 |
| Deed Book and Page | 6160-01065 |
| Grantor | DIDIO JAMES & GREEN MARLA |
| Grantee | M&T BANK |
| Date Recorded | 05-NOV-19 |

Return to Search Results

Actions

Printable Summary

Printable Version

A

# lontgomery County Recorder of Deeds

Printed For: jm

Book\Page: DEED BK 6160 PG 01065

Document Number: 2019079374

Time Printed: 02/12/2020 09:00:38 AM

Workstation: RODWEB22

Document Charges: $3.00  - 6 pgs

  

**DEED BK 6160 PG 01065 to 01069.1**
INSTRUMENT # : 2019079374
RECORDED DATE: 11/05/2019 01:45:08 PM

5700143-0013H

RECORDER OF DEEDS
MONTGOMERY COUNTY
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE**    Page 1 of 6

| | | | |
|---|---|---|---|
| **Document Type:** | Sheriffs Deed | **Transaction #:** | 5941615 - 7 Doc |
| **Document Date:** | 10/29/2019 | (s) | |
| **Reference Info:** | | **Document Page Count:** | 4 |
| | | **Operator Id:** | ebossard |

**RETURN TO:** (Mail)
SHERIFF
COURTHOUSE
NORRISTOWN, PA 19404

**PAID BY:**
SHERIFF

**\* PROPERTY DATA:**
Parcel ID #:     40-00-37842-30-5
Address:     1500 SPRING MILL RD

         GLADWYNE  PA
         19035
Municipality:     Lower Merion Township
         (100%)
School District:  Lower Merion

**\* ASSOCIATED DOCUMENT(S):**

| | |
|---|---|
| **CONSIDERATION/SECURED AMT:** **$2,517.16** | DEED BK 6160 PG 01065 to 01069.1 |
| **TAXABLE AMOUNT:** **$0.00** | Recorded Date: 11/05/2019 01:45:08 PM |
| **FEES / TAXES:** | I hereby CERTIFY that this document is |
| Affidavit Fee     $1.50 | recorded in the Recorder of Deeds Office in |
| Recording Fee:Sheriffs Deed     $86.75 | Montgomery County, Pennsylvania. |
| **Total:**     **$88.25** | |



**Jeanne Sorg**
**Recorder of Deeds**

Rev1a 2016-01-29

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL

11/05/2019 01:45:08 PM          DEED BK 6160    PG 01066                        MONTCO

Prepared By: Sheriff's Department, Court House, 1st Floor, P.O. Box 311, Norristown, PA 19404-0268

Return To: Sheriff's Department, Court House, 1st Floor, P.O. Box 311, Norristown, PA 19404-0268

RECORDED OF DEEDS
MONTGOMERY COUNTY

2019 NOV -5 P 12: 40


STATE TAX
AFFIDAVIT
FILED

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
40-00-37842-30-5   LOWER MERION
1500 SPRING MILL RD                          $15.00
DIDIO JAMES & GREEN MARLA                    JU
B 013E U 098 L 7 1101 DATE: 11/05/2019

# Know all Men by these Presents

THAT, I,      SEAN P. KILKENNY      Sheriff of the County of **MONTGOMERY**

in the Commonwealth of Pennsylvania, for and in consideration of the sum of **$2,517.16**

dollars, to me in hand paid, **do** hereby grant and convey to

M&T Bank
One Fountain Plaza
Buffalo NY 14203

 

 

**ALL THAT CERTAIN** lot of piece of ground, Numbered 7 and the improvements erected thereon, situate in Lower Merion Township, Montgomery County, in the Commonwealth of Pennsylvania, as shown on a plan prepared by Momenee and Associates, Civil Engineers and Land Surveyors, titled "Final Record Plan, Scheetz Tract" (the "Final Record Plan"), Sheet 1 of 8, dated May 27, 1992, last revised December 22, 1993, as recorded in Plan Book A54 Pages 384 and 385, and described as follows, to wit:

**BEGINNING** at a point in the Southern most corner of said Lot, said point lying on the intersection of the southeastern boundary line of said subdivision within the bed of Spring Mill Road (41.5 feet wide) with the centerline of Mirabeau Lane (34 feet wide and private); from said beginning point along aforesaid Mirabeau Lane centerline and lands of Lot 2, 1210 Mirabeau Lane, North 23-30-35 West 25.00 feet to a point on the Northern right-of-way of Spring Mill Road; thence leaving said right-of-way along the same North 26-29-00 West 220.00 feet to a point or curvature; thence on the arc of a circle curving to the right in a Northern direction having a radius of 200.00 feet

PARCEL NO.: 40-00-37842-30-5

and an arc distance of 48.87 feet to a point of tangency; thence North 12-29-00 West 10.64 feet to a point; thence leaving said centerline along lands of Lot 6, 1221 Mirabeau Lane and crossing a monument to be set marking the Eastern right-of-way of Mirabeau Lane North 65-50-00 East 301.69 feet to a point on line of lands of Joseph E. Colen, Jr.; thence along said lands and crossing a monument to be set marking the Northern right-of-way of Spring Mill Road South 24-10-00 East 310.10 feet to a point lying in the bed of Spring Mill Road; thence along the bed of Spring Mill Road and along lands of the Philadelphia Country Club South 67-01-00 West 299.28 feet to the first mentioned point and place of beginning.

BEING KNOWN AS: 1500 Spring Mill Road aka 1211 Mirabeau Ln, Lower Merion, PA 19035

PROPERTY ID NUMBER: 40-00-37842-30-5

BEING the same premises which Michael G. Pouls and Sheryl A. Pouls, husband and wife, as tenants by the entirety, by deed dated 5/14/13 and recorded 5/31/13 in the Office of the Recorder of Deeds of Montgomery County in Deed Book 5875 at page 0710 , granted and conveyed unto James Didio and Marla Green, husband and wife.

PARCEL NO.: 40-00-37842-30-5

LOCATION of Property:  1500 Spring Mill Road aka 1211 Mirabeau Ln, Lower Merion, PA 19035

PARCEL NO.: 40-00-37842-30-5

11/05/2019  01:45:08 PM                    DEED BK 6160      PG 01068                              MONTCO

the same having been sold by me to the said grantee    , on the **TWENTY-FIFTH**              day of

**SEPTEMBER**    Anno Domini two thousand and    **NINETEEN**                     after due

advertisement, according to the law, under and by virtue of a writ of **MORTGAGE FORECLOSURE**

issued               on the **ELEVENTH** day of **JUNE**                Anno Domini

two thousand and **NINETEEN** out of the **COURT OF COMMON PLEAS**

                                   as of            Term, two thousand and **NINETEEN**

Number **2016-13238**                  at the suit of **M&T BANK**
                                                      **vs.**
                                                      **DIDIO, JAMES &**
                                                      **GREEN, MARLA J.**
                                                      **A/K/A GREEN, MARLA**

In witness whereof, I have hereunto affixed my signature, this **TWENTY-NINTH**

day of **OCTOBER**     Anno Domini two thousand and **NINETEEN**

SEALED AND DELIVERED
IN THE PRESENCE OF

                              _Sean P. Kilkenny_                    Sheriff
                              **SEAN P. KILKENNY**

                                                                   (SEAL)

*Eliminate which not applicable

PARCEL NO.:  40-00-37842-30-5

11/05/2019  01:45:08 PM                DEED BK 6160        PG 01069

Writ No. 2016-13238

# Deed = Poll

SEAN P. KILKENNY, *SHERIFF*

*TO*

M&T Bank

M&T BANK
vs.
DIDIO, JAMES &
GREEN, MARLA J.
A/K/A GREEN,
MARLA

...................... T.    20 19

No.  2016-13238

PREMISES:
1500 SPRING MILL ROAD
AKA 1211 MIRABEAU LN
LOWER MERION, PA 19035

The NAME of the within-named Grantee is

M&T Bank
One Fountain Plaza
Buffalo NY 14203

On behalf of the Grantee

Commonwealth of Pennsylvania
County of **MONTGOMERY**                    } *SS.*

On this, the **TWENTY-NINTH** day of **OCTOBER 2019**, before me

the undersigned Officer, personally appeared                 **SEAN P. KILKENNY**
**Sheriff of the County of  MONTGOMERY**             , known to me (or satisfactory proven) to be the person
described in the foregoing instrument, and acknowledged that he executed the same in the capacity therein
stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*[signature]*
                                                          Prothonotary

PARCEL NO.:  40-00-37842-30-5

11/05/2019  01:45:08 PM                DEED BK 6160      PG 01069.1                    MONTCO

**pennsylvania**
DEPARTMENT OF REVENUE
(EX) MOD 04-19 (FI)

**REV-183**
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG, PA 17128-0603

1830019105

**REALTY TRANSFER TAX**
**STATEMENT OF VALUE**
COMPLETE EACH SECTION

**RECORDER'S USE ONLY**
State Tax Paid:
Book: 6060   Page: 1065
Instrument Number:
Date Recorded: 11-5-19

---

| **SECTION I** | **TRANSFER DATA** |
| --- | --- |

Date of Acceptance of Document  10-29-19

| Grantor(s)/Lessor(s) | Telephone Number | Grantee(s)/Lessee(s) | Telephone Number |
| --- | --- | --- | --- |
| SHERIFF OF MONTGOMERY COUNTY | (610) 278-3331 | M&T BANK | (215) 627-1322 |
| Mailing Address | | Mailing Address | |
| Sheriff's Office,PO Box 311 | | One Fountain Plaza. | |

| City | State | ZIP Code | City | State | ZIP Code |
| --- | --- | --- | --- | --- | --- |
| Norristown | PA | 19401 | Buffalo | NY | 14203 |

---

| **SECTION II** | **REAL ESTATE LOCATION** |
| --- | --- |

| Street Address | City, Township, Borough |
| --- | --- |
| 1211 Mirabeau Lane a/k/a 1500 Spring Mill Road | Lower Merion – Township of Lower Merion |

| County | School District | Tax Parcel Number |
| --- | --- | --- |
| Montgomery | Lower Merion Area | 40-00-37842-30-5 |

---

| **SECTION III** | **VALUATION DATA** |
| --- | --- |

Was transaction part of an assignment or relocation?  ☐ YES  ⬤ NO

| 1. Actual Cash Consideration | 3. Other Consideration | 3. Total Consideration |
| --- | --- | --- |
| 2,001.00 $2,517.16 | + 0.00 | = 2,001.00 $2,517.16 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| --- | --- | --- |
| 2,434,500.00 | x 2.03 | = 4,942,035.00 |

---

| **SECTION IV** | **EXEMPTION DATA - Refer to instructions for exemption status.** |
| --- | --- |

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
| --- | --- | --- |
| $ 4,942,035.00 | 100 % | 100 % |

2. Check Appropriate Box Below for Exemption Claimed.

☐ Will or intestate succession. _____  _____
                                        (Name of Decedent)              (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation.
   (If condemnation or in lieu of condemnation, attach copy of resolution.)

⬤ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

---

| **SECTION V** | **CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:** |
| --- | --- |

| Name | Telephone Number |
| --- | --- |
| KML Law Group, P.C. | (215) 627-1322 |

| Mailing Address | City | State | ZIP Code |
| --- | --- | --- | --- |
| 701 Market Street, Suite 5000 BNY Independence Center | Philadelphia | PA | 19106 |

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
| --- | --- |
| | 09/26/2019 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

1830019105                                                                1830019105

**PAGE 1**

MONTGOMERY COUNTY, PENNSYLVANIA
I hereby certify that this is a true copy of the
Document as reflected in the Public Record
Recorded on: _11-5-2019_

In _Deed_ Bk.No._0160_ Pg. No._1065_

WITNESS MY HAND AND OFFICIAL SEAL THIS
DAY _12_ OF _Feb_ YEAR _2020_

_____
Recorder of Deeds

RECORDER'S OFFICE
★ MONTGOMERY COUNTY, PA ★

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Teyla*

United States Register of Copyrights and Director

**Registration Number**

# TXu 2-167-482

**Effective Date of Registration:**
September 07, 2019
**Registration Decision Date:**
November 20, 2019

---

## Title
_____

**Title of Work:**   The Royal Reclamation Act of 5771

## Completion/Publication
_____

**Year of Completion:**   2011

## Author
_____

- **Author:**   Queen naja
  **Author Created:**   text
  **Citizen of:**   not known
  **Domiciled in:**   United States
  **Year Born:**   1980

- **Author:**   King reginald I
  **Author Created:**   text, photograph(s)
  **Domiciled in:**   United States
  **Year Born:**   1949

## Copyright Claimant
_____

**Copyright Claimant:**   King reginald I
1533 Orland Street, philadelphia, PA, 19126, United States

## Rights and Permissions
_____

**Name:**   queen naja
**Email:**   queen.naja19@gmail.com
**Telephone:**   (202)716-2448
**Address:**   8843 Greenbelt Road, Suite 130
greenbelt, MD 20770 United States

Page 1 of 2

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
TRIAL DIVISION—CIVIL

IN THE MATTER OF         :    ___MARCH 2018___TERM, _____
PETITION FOR CHANGE OF   :
NAME OF                  :
REGINALD CUPID NOBLE     :
                         :
_____    :    NO. ___00272 4___

### DECREE FOR CHANGE OF NAME

AND NOW, this _21st_ day of _September_, 20_18_, on

hearing of the within Petition, and on motion of Petitioner, and on presentation of proof

of publication of notice as required by law together with proof that there are no

judgments or decrees of record or any other matter of like effect against the petitioner,

and it appearing that there is no legal objection to the granting of the prayer of the

petition,

**IT IS HEREBY ORDERED and DECREED** that the name of the Petitioner be

and is hereby changed to ___reginald noble (YHWH)_____.

DEC 1 2 2018

CERTIFIED FROM THE RECORD OF
ERIC FEDER
DIRECTOR OFFICE OF JUDICIAL RECORDS
PHILADELPHIA COUNTY

BY _____

DOCKETED
SEP 26 2018
N. SWEENEY
JUDICIAL RECORDS

BY THE COURT:

_____ J.

In Re Reginald Cupid No-ORDRF


18030272400012

FOREIGN CERTIFICATE

The Commonwealth of Pennsylvania
COUNTY OF PHILADELPHIA, ss.......



I, **Eric Feder**, Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the foregoing is a true copy of the <u>Order dated September 25, 2019 and Docket Entries.</u>

IN RE: REGINALD CUPID NOBLE _____, Plaintiff(s) and

_____, Defendant(s), and of MARCH Term 2018 , No. 2724 as full, entire and complete as the same remains on file in the Court of Common Pleas, of the County of Philadelphia aforesaid in the case above stated.

_____
*Director, Office of Judicial Records*

I, **John W. Herron**, Administrative Judge of the Court of Common Pleas Trial Division for the County of Philadelphia, DO CERTIFY that the foregoing Record, Certification and Attestation made by Eric Feder, Director, Office of Judicial Records of said Court, whose name is thereunto subscribed, and the seal of the said Court affixed, are in due form and made by the proper officers.

_____
*Administrative Judge, Trial Division*



I, **Eric Feder**, Director, Office of Judicial Records of the Court of Common Pleas of the County of Philadelphia, DO CERTIFY that the Honorable John W. Herron, by whom the foregoing Certificate and Attestation were made and whose name is thereby subscribed, was at the time of making thereof and still is, Administrative Judge of the Court of Common Pleas Trial Division of the County of Philadelphia, duly commissioned and sworn; to all whose acts, as such full faith and credit are and ought to be given as well in Courts of Judicature as elsewhere.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the said Court, this 22ND day of November A.D., 2019 .

_____
*Director, Office of Judicial Records*

GEKP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2 0    9 5 6

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 1533 ORLAND STREET PHILADELPHIA PA. 19126

Address of Defendant: 475 CROSSPOINT PARKWAY, GETZVILLE, NEW YORK 14068

Place of Accident, Incident or Transaction: PHILADELPHIA

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 02/21/2020   reginald noble YHWH   _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*
                    Must sign here

---

CIVIL: (Place a √ in one category only)

*A.    Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☒ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
       *(Please specify):* _____

*B.    Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, reginald noble YHWH , counsel of record *or pro se plaintiff*, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 02/21/2020   reginald noble YHWH   _____
                   *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*
                   Sign here if applicable

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

*GEKP*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

NOBLE ESTATE OF PA. Registrar
162889-1950
                          :                CIVIL ACTION
        v.                 :
MICHAEL D. BERMAN d/b/a         :         NO. **20**       **956**
  M&T. BANK

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     (✗)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( )

02/21/2020            reginald noble YHWH
**Date**                                   **Pro Se Plaintiff**

267-588-3349                               israel194962@gmail.com
**Telephone**             **FAX Number**              **E-Mail Address**

(Civ. 660) 10/02

GEKP

JS 44 (Rev. 06/17)

**CIVIL COVER SHEET**

20    956

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

NOBLE ESTATE OF Pa. Registrar 162889-1950
Employee's Securities Company

**(b)** County of Residence of First Listed Plaintiff   42101 Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lord reginald noble yahweh as Attorney in Fact (Constituent)
5209 Greene Street, no. 48324, Philadelphia Pa. 19144-9998

**DEFENDANTS**

MICHAEL D. BERMAN d/b/a M & T BANK,

County of Residence of First Listed Defendant   INTERESTATE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☒ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 U.S.C.371, 11U.S.C.548, 18 Chapter 31, ucc3-604(1)(2)(3), ucc2-511(1), 26 U.S.C. 7201
Brief description of cause:
False Claim Fraudulent Conveyence, Breach of Contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 02/21/2020    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____